UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



LAWRENCE GOLINI,

          Plaintiff,

v.                          ACTION NO. 2:10cv525

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

          Defendant.

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of Social Security denying his claim for Disability Insurance Benefits under Title II of the Social Security Act. The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Rules of the United States District Court for the Eastern District of Virginia, on April 5, 2011, for report and recommendation. Report of the magistrate judge was filed on August 16, 2011, recommending that the decision of the Commissioner be affirmed.

By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court received Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge on August 30, 2011, and Defendant's Response to Plaintiff's Objections to

Magistrate Judge's Report and Recommendation was filed on September 9, 2011.

The court, having examined the objections to the Magistrate Judge's Report and having made <u>de novo</u> findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report of the United States Magistrate Judge filed August 16, 2011. Accordingly, the final decision of the Commissioner is **AFFIRMED**; defendant's Motion for Summary Judgment is **GRANTED**; plaintiff's Motion for Summary Judgment is **DENIED**. Accordingly, the Clerk shall enter judgment for the defendant.

The parties may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk shall forward a copy of this Order to counsel for the parties.

/s/
Rebecca Beach Smith
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 20, 2011